NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  22-cr-00171-JMC

STACY LEE BOND
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Joseph W. Fay    MD 17769
*(Attorney & Bar ID Number)*

Joseph W. Fay, Esq., PLLC
*(Firm Name)*

6205 Executive Blvd.
*(Street Address)*

Rockville, MD          20852
*(City)        (State)        (Zip)*

202-618-6549; 202-557-1306
*(Telephone Number)*