UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 22-CR-00171 |
| STACY LEE BOND, : | |
| : | |
| AND PAULA ANN CONLON, : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Nathaniel Whitesel. AUSA Nathaniel Whitesel will be substituting for AUSA Mona Furst.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s//Nathaniel Whitesel
Nathaniel Whitesel
DC Bar No. 1601102
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW,
Washington, DC 20530
nathaniel.whitesel@usdoj.gov

## CERTIFICATE OF SERVICE

On this 12th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s//Nathaniel Whitesel*
Nathaniel Whitesel
DC Bar No. 1601102
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW,
Washington, DC 20530
nathaniel.whitesel@usdoj.gov