## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-171-1 (JMC) |
| | : | |
| v. | : | 40 U.S.C. § 5014(e)(2)(G) |
| | : | |
| STACY LEE BOND, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Stacy Lee Bond, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election,

which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Stacy Lee Bond's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, Stacy Lee Bond, lives in Gaithersburg, Maryland. On January 5, 2021, defendant traveled from Gaithersburg to Washington, D.C., with Paula Conlon, his co-defendant. They stayed in D.C. at a hotel for two nights, leaving on January 7, 2021. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College and what he believed was a fraudulent presidential election.

9.      Prior to January 6, 2021, on December 8, 2020, defendant wrote on Facebook in a private message "yeah we need to take this s*** back one way or another…I'm at the point where I;m at the end of my peace leash we need to take care of business." On December 21, 2020, defendant told an individual in a private message on Facebook that he was going to DC on the 5th and 6th and invited the individual to come as well. That person eventually replied "Ok cool. Im gonna coordinate with my buddy…and the head of the Proud Boys. We'll be rolling with them if

I go." On December 29, 2020 defendant wrote in a private message that he and "some friends down there we're going to roll with the proud boys."

10.     On January 6, 2021, defendant and co-defendant Paula Conlon entered the Capitol through the broken window by the Senate Wing Door approximately 3:10 pm. They walked down the hall to S-140 where defendant took a picture of the inside from outside in the hallway. The defendant and Conlon then returned to the vestibule of the Senate Wing door, and left the building through that door at about 3:13 p.m. The defendant was inside the Capitol for approximately three minutes.

11.     Once outside, the defendant and Conlon observed rioters confront and fight law enforcement officers on the Upper West Terrace around 4:22 p.m. Conlon is seen in Body Worn Camera (BWC) footage yelling at the police.

12.     On January 6, 2021, defendant sent pictures to friends from the Stop the Steal rally and from the Upper West Terrace of the Capitol. These included pictures of rioters pouring into the building through the Senate Wing and Parliamentarian doors, and of police in riot gear on the Upper West Terrace.

13.     On January 7, 2021, defendant commented on Facebook on another person's post "I've got video of the whole thing guy texted it to me yesterday he was there with the first crowd that went in". On February 12, 2021, defendant wrote in a private message that he made it to the Capitol and "got pepper sprayed."

### *Elements of the Offense*

14.     Stacy Lee Bond knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building. Specifically, defendant admits that the defendant willfully and knowingly entered the U.S. Capitol Building

knowing that he did not have permission to do so. Defendant further admits that while inside the

Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  *Mina Lee M. Furst*

Mona Lee M. Furst
Assistant United States Attorney
KS Bar No. 13162

## DEFENDANT'S ACKNOWLEDGMENT

I, **Stacy Lee Bond,** have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: ___9/2/22___                    _____
                                      **STACY LEE BOND**
                                      Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: ___9/2/22___                    _____
                                      JOSEPH W. FAY
                                      Attorney for Defendant