UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.   : | Case No. 22-171 (JMC) |
| : | |
| STACY LEE BOND and | |
| PAULA ANN CONLON,  : | |
| : | |
| Defendants.  : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Government Exhibits 1 and 5 are two segments of Metropolitan Police Department body-worn camera footage from January 6, 2021, that depict the defendants. Government Exhibits 2, 3, and 4 are videos taken by other rioters on January 6, 2021, that depict the defendants. The United States does not object to releasing these exhibits to the public. The exhibits are:

1. Government Exhibit 1 is a video 1 minute 1 second in length that portrays rioters concentrated on the Northwest Terrace at approximately 2:50 p.m. on January 6, 2021.

2. Government Exhibit 2 is a video 19 seconds in length that portrays rioters crowding around the Senate Wing Door on January 6, 2021.

3. Government Exhibit 3 is a video 20 seconds in length that portrays rioters at the Senate Wing Door on January 6, 2021 at a point after 3:13 p.m. on January 6, 2021.

4. Government Exhibit 4 is a video 2 minutes 20 seconds in length that portrays rioters exiting the Senate Wing Door at approximately 3:13 p.m. on January 6, 2021.

5. Government Exhibit 5 is a video 31 seconds in length that portrays police officers

clashing with rioters on the Northwest Terrace at approximately 4:22 p.m. on January 6, 2021

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    */s/ Nathaniel K. Whitesel*
        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        DC Bar No. 1601102
        601 D Street NW
        Washington, DC 20530
        nathaniel.whitesel@usdoj.gov
        (202) 252-7759

## **CERTIFICATE OF SERVICE**

On this 22nd day of December, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Nathaniel K. Whitesel*
Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759